# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2025-1620
_____

CHRISTOPHER O. SANSOM,

    Appellant,

    v.

ANGELA SANSOM, BK SANSOM
ENTERPRISES, LLC, a Florida
Limited Liability Company, and
KB CUTS ENTERPRISES, LLC, a
Florida Limited Liability
Company,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

October 30, 2025

PER CURIAM.

    DISMISSED.

LEWIS, BILBREY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Daniel W. Uhlfelder of Daniel W. Uhlfelder, P.A., Santa Rosa Beach, for Appellant.

J. Nixon Daniel, III of Phelps Dunbar, LLP, Pensacola, for Appellees.